**Charles E. ENGLERT, Plaintiff, Appellant,**

v.

**LUSTREWOOD PROCESS CO., Inc., Defendant, Appellee.**

**No. 5079.**

United States Court of Appeals
First Circuit.

March 16, 1956.

Wendell F. Grimes, Boston, Mass., with whom Martin J. Hansberry, Waltham, Mass., was on brief, for appellant.

James W. Kelleher, Boston, Mass., with whom Edward O. Proctor, Jr., and Dever & Proctor, Boston, Mass., were on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

---

**INSTITUTE FOR TREND RESEARCH, Plaintiff, Appellant,**

v.

**UNITED STATES of America, Defendant, Appellee.**

**No. 5080.**

United States Court of Appeals
First Circuit.

March 16, 1956.

Robert H. Reno, Concord, N. H., with whom Orr & Reno, Concord, N. H., was on brief, for appellant.

Louise Foster, Attorney, Department of Justice, Washington, D. C., with whom Charles K. Rice, Acting Asst. Atty. Gen., Lee A. Jackson, Attorney, Department of Justice, Washington, D. C., and Maurice Bois, U. S. Atty., Concord, N. H., were on brief for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

---

**Mary A. MULLEN, Plaintiff, Appellant,**

v.

**Marion B. FOLSOM, Secretary, Department of Health, Education and Welfare, Defendant, Appellee.**

**No. 5070.**

United States Court of Appeals
First Circuit.

March 16, 1956.

Julia T. Sullivan, Boston, Mass., for appellant.

William W. Ross, Attorney, Dept. of Justice, with whom Warren E. Burger, Asst. Atty. Gen., Anthony Julian, U. S. Atty., Boston, Mass., and Samuel D. Slade, Attorney, Dept. of Justice, Washington, D. C., were on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.